Dismissed and Opinion filed June 6, 2002









Dismissed and Opinion filed June 6, 2002.

 

 

In The

 

                                  Fourteenth
Court of Appeals          

_________________

 

NO. 14-01-01166-CV

____________

 

HARVEY ANGELO, Appellant/Cross-Appellee

 

V.

 

NEIMAN MARCUS, Appellee/Cross-Appellant

 



 

On
Appeal from the 189th District Court

Harris
County, Texas

Trial
Court Cause No. 97-61156

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed August 28, 2001. 

On May 31, 2002, the parties filed a
joint motion to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed June 6, 2002.

Panel consists of Justices Yates, Seymore,
and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).